IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDWARD D. CURRY,**

    **Plaintiff,**

**v.**                                              **Case No. 4:18cv280-MW/CAS**

**CAPTAIN C. KNICHEL,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This Case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on April 2, 2019.**

                                            **s/Mark E. Walker**
                                            **Chief United States District Judge**